United States Court of Appeals
 for the district of columbia circuit

No. 98-3077 September Term, 1997
 98ms00055
 PUBLIC ORDER 98ms00177
 98ms00228

In re: Sealed Case 

_____________________________________
Consolidated with 98-3078, 98-3079, 98-3081

 Before: Wald, Silberman, and Henderson, Circuit Judges

 O R D E R

 It is ORDERED, on the Court's own motion, that the following items be, and hereby
are, unsealed:

 Documents filed in the United States Court of Appeals:

 1) Withdrawal of Claim of Monica Lewinsky
 2) Opposition of Monica Lewinsky to Emergency Motion of the OIC to
 Stay the District Court's Orders and Opposition to Writ of Prohibition
 3) Response to Petition for Writ of Prohibition
 4) Motion for Leave to Exceed the Page Limit Allowed for an Opposition
 to a Motion
 5) Emergency Motion for Public Access to Oral Argument, or in the
 Alternative, for the Release of Transcripts, and for Public Access to
 any Briefs Currently Under Seal
 6) Response of William J. Clinton, The White House, Bruce R. Lindsey,
 and Sidney Blumenthal to Emergency Motion for Public Access to
 Oral Argument, or, in the alternative, for the Release of Transcripts,
 and for Public Access to any Briefs Currently Under Seal

 United States Court of Appeals
 for the district of columbia circuit

No. 98-3077 September Term, 1997
 98ms00055
 PUBLIC ORDER 98ms00177
 98ms00228

 7) Reply to Response of William J. Clinton, Sidney Blumenthal, Bruce R.
 Lindsey, and The White House to Emergency Motion for Public
 Access to Oral Argument, or, in the Alternative, for the Release of
 Transcripts, and for Public Access to any Briefs Currently Under Seal
 8) Reply to the United States' Filing Relating to Emergency Motion for
 Public Access to Oral Argument, or, in the Alternative, for the Release
 of Transcripts, and for Public Access to any Briefs Currently Under
 Seal
 *9) Opinion of the Court of Appeals
 *10) Petition for Writ of Prohibition
 *11) Opposition to Emergency Motion of the OIC to Stay the District
 Court's Orders
 *12) Emergency Motion of the United States of America to Stay the District
 Court's June 19, 1998 Order to Show Cause and June 26, 1998
 Memorandum Order Pending Appeal
 *13) Reply of the United States of America to Response of Movants to
 Emergency Motion to Stay the District Court's June 19, 1998 Order to
 Show Cause and June 26, 1998 Memorandum Order Pending Appeal
 and to Petition for Writ of Prohibition
 14) Appendix to Opposition to Emergency Motion of the OIC to Stay the
 District Court's Orders

 ___________________

 * An asterisk indicates redacted version.

 United States Court of Appeals
 for the district of columbia circuit

No. 98-3077 September Term, 1997
 98ms00055
 PUBLIC ORDER 98ms00177
 98ms00228

 Documents filed in the United States District Court:

 *1) District Court Order (filed July 9, 1998)
 2) District Court Order (filed June 19, 1998)
 3) District Court Order (filed July 7, 1998)
 4) District Court Order (filed June 26, 1998)
 5) Response to the Los Angeles Times Motion to Unseal
 6) District Court Order (filed February 24, 1998)
 7) Response of the United States of America to Motion of Press
 Intervenors to Unseal the Court's Order Filed on February 24, 1998 and
 the Remaining Sealed Portions of the Records in Misc. Action Nos.
 98-055 and 98-058
 8) Reply of Movant President Clinton to Response of the United States
 of America to Motion of Press Intervenors to Unseal the Court's Order
 Filed on February 24, 1998 and the Remaining Sealed Portions of the
 Record in Misc. Action Nos. 98-055 and 98-058
 9) Reply of the United States of America to President Clinton's Suggested
 Additional Redactions of the Record in Misc. Action 98-55
 10) Reply to the Office of Independent Counsel's Suggested Additional
 Redactions of the Record in Miscellaneous Action No. 98-55 filed on
 March 26, 1998
 11) Supplemental Request for Release of Redacted Materials and for
 Docketing
 
 Per Curiam
 For the Court:
 Mark J. Langer, Clerk

Filed on: August 7, 1998